IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE BADUE, | No. C 07-3615 VRW |
|     Petitioner, | **JUDGMENT IN A CIVIL CASE** |
| v. | |
| CALIFORNIA ATTORNEY GENERAL, | |
|     Respondent. _____/ | |

    **( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **( x ) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** that pursuant to the court's order dismissing the petition for lack of subject matter jurisdiction filed July 24, 2007, judgment is entered for respondent.

Dated: July 24, 2007            Richard W. Wieking, Clerk

                                                 By: *Cora Klein*
                                                 Deputy Clerk