IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STEVE BADUE, )
        Petitioner, )    No C 07-3615 VRW (PR)
vs. )    ORDER DENYING
    CERTIFICATE OF
CALIFORNIA ATTORNEY )    APPEALABILITY
GENERAL, et al, )
        Respondent(s). )

On August 20, 2007, petitioner filed a letter which the court construes as a notice of appeal and request for a certificate of appealability pursuant to 28 USC § 2253(c) and Federal Rule of Appellate Procedure 22(b).

A certificate of appealability is DENIED because petitioner has not made "a substantial showing of the denial of a constitutional right." 28 USC § 2253(c)(2). Petitioner has not demonstrated that "jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." Slack v McDaniel, 529 US 473, 484 (2000).

The clerk shall forward to the court of appeals the case file with this order. See United States v Asrar, 116 F3d 1268, 1270 (9th Cir 1997).

SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

G:\PRO-SE\VRW\HC.07\Badue1.coa.wpd