UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE BADUE,<br><br>           Petitioner,<br><br>  v.<br><br>CALIFORNIA ATTORNEY GENERAL et al,<br><br>           Respondent. | Case Number: C07-3615 VRW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 23, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Steve Badue  
P70520  
7886 Center Parkway  
Sacramento, CA 95823  

US Court of Appeals  
PO Box 193939  
San Francisco, CA 94119  

Dated: October 23, 2007

  Richard W. Wieking, Clerk  
  By: Cora Klein, Deputy Clerk  

*Cora Klein*