**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
_____

www.cand.uscourts.gov

| | |
|---|---|
| Richard W. Wieking | General Court Number |
| Clerk | 415.522.2000 |

Clerk
U.S. Court of Appeals
For the Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119-3939

**CASE NUMBER: CV 07-03615 VRW**

**CASE TITLE: STEVE BADUE-v-CALIFORNIA ATTORNEY GENERAL**

Dear Sir/Madam:

　　　Pursuant to Rule 22(b), Rules of Appellate Procedure, enclosed is our file, an application for certificate of appealability and/or notice of appeal, order denying that application and certified copy of docket sheet.

　　　Please acknowledge receipt and return to this office.

Dated: October 24, 2007                                  Sincerely,

                                                                       RICHARD W. WIEKING, Clerk

                                                                       by: Gwen Agid
                                                                       Case Systems Administrator

Enclosures: