**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

October 24, 2007

Steve Badue
P70520
7886 Center Parkway
Sacramento, CA 95823

SUBJECT:    Request for Payment of Docket Fee

    **Title: STEVE BADUE -v- CALIFORNIA ATTORNEY GENERAL**
    **Case Number:     CV 07-03615 VRW**
    **Court of Appeals Number:**

A notice of appeal was filed with this Court on August 20, 2007 and the docketing fee of $455.00 has not been received. Please forward the above referenced fee to this office immediately.

The check is to be made payable to "CLERK, U.S. DISTRICT COURT."

    Sincerely,

    RICHARD W. WIEKING, Clerk

    by:  Gwen Agid
    **Case Systems Administrator**

**cc: U.S. Court of Appeals**