IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| STEVE BADUE, | ) | |
| Petitioner, | ) | No C 07-3615 VRW (PR) |
| vs. | ) | ORDER |
| CALIFORNIA ATTORNEY GENERAL, et al, | ) | (Doc # 14) |
| Respondent(s). | ) | |

On July 24, 2007, the court dismissed the petition for a writ of habeas corpus under 28 USC § 2254 for lack of custody jurisdiction and, on October 23, 2007, denied a certificate of appealability.

Petitioner's motion (doc # 14) for leave to proceed in forma pauperis on appeal is DENIED. The appeal is frivolous and not taken in goof faith. See 28 USC § 1915(a)(3).

SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

G:\PRO-SE\VRW\HC.07\Badue1.or2.wpd