UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

Badue,

          Petitioner,

  v.

CA Attorney General,

          Respondent.

Case Number: C07-3615   VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 18, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Steve Badue
P70520
7886 Center Parkway
Sacramento, CA 95823


Dated: December 18, 2007

          Richard W. Wieking, Clerk
          By: Cora Klein, Deputy Clerk

*Cora Klein*