**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICHARD W. WIEKING<br>CLERK | 450 GOLDEN GATE AVENUE<br>SAN FRANCISCO, CA 94102<br>(415) 522-2000<br>FAX (415) 522-2176 |

# FIRST NOTICE OF PAYMENT DUE

Steve Badue
P70520
7886 Center Parkway
Sacramento, CA 95823

**Notice Date**
1/16/2008

Title 28 USC § 1915(a) provides that the court may authorize the commencement, prosecution or defense of any criminal or civil suit, action or proceeding, or appeal therein, without prepayment of the filing fees by a person who files an affidavit that he is unable to pay such costs. Your application for In Forma Pauperis was denied for your appeal and the filing fee is now due.

*This fee is due for the appeal you filed in the following case:*

**Case Title:  Badue v. California Attorney General et al**

| Case Number | Appeal Filing Date | Fee Due Date | Amount Owed |
|---|---|---|---|
| 3:07-cv-03615-VRW | 08/20/2007 | 12/18/2007 | $455.00 |

Please immediately send a check for $455.00 to the following address:

**United States District Court**
**450 Golden Gate Avenue, 16th Floor**
**San Francisco, CA 94102**

**Make your check payable to "Clerk, U.S. District Court."**
Include the case number on the check to insure proper credit.

If you have any questions about the amount due, please call the Finance Department at (415) 522-2602.

**Payment in full is due upon receipt.    Total amount due:  $455.00**