Prepared by:
Date:

1  Clerk of the United States         Steve Badue, #P70520
2    District Court, 9th Circuit       4964 Mack Rd, #314
3  450 Golden Gate Avenue             Sacramento, CA 95823
4  Box 36060
5  San Francisco, CA 94102

7  April 7, 2008

9  RE: Mail Address Change (As Of February 18, 2008, My
10     Address Is Not 7886 Center Pkwy)
11     Badue Vs. Attorney General CA
12     Case No. Cv 07-03615 VRW(PR)

15  Dear Clerk,

17  On all petitions unresolved and resolved, and for all other
18  notices my current address are Steve Badue, 4964 Mack Rd,
19  #314, Sacramento, CA 95823.
20  Please send all notices to this address. And, please do
21  not send my mail to any parole agency, probation agency,
22  prison agency, or police agency, and please do not give
23  them, or anyone else, my current address.

25  I declare under penalty of perjury that the foregoings are
26  true and correct.
27  Signature: Steve Badue, April 7, 2008.

FILED 08 APR -7 PM 5:16

Dear Clerk,

I received your "Third & Final Notice-Appeal Fee Past Due." And, I have requested the "filing fee-waiver" from The Director, Administrative Office of the U.S. District Courts, Washington, D.C. 20544. Thank you.

Steve, 4/7/08.

I declare under penalty of perjury that the foregoings are true and correct.

Signature: Steve Badue, April 7, 2008.



Steve Badue, #P70520
4964 Mack Rd, #314
Sacramento, CA 95823

SACRAMENTO CA 957
05 APR 2008 PM 5 T

Clerk of the United States
District Court, 9th Circuit
450 Golden Gate Avenue
Box 36060
San Francisco, CA 94102