June 27, 2008

# DISTRICT COURT RECORD RETURN FORM

## U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT
## 95 SEVENTH STREET
## SAN FRANCISCO, CALIFORNIA 94103
## (415) 355-7820

**District Court/Agency:** USDC Northern California (San Francisco)
**Lower Court Number:** CV-07-03615-VRW
**Appeal Number:** 07-17041
**Short Title:** Badue v. Attorney General CA

Volumes

| | | | |
|---|---|---|---|
| Clerk's Records in: | 1 | 0 | Certified Copy(ies) |
| Reporters Transcripts in: | 0 | | |

Bulky Documents in:  0 Envelopes  0 Expandos  0 Folders  0 Boxes
                     0 Other

State Lodged Docs in: 0 Envelopes  0 Expandos  0 Folders  0 Boxes
                      0 Other

Other:

```
            FILED
          JUL 0 1 2008
      RICHARD W. WIEKING
      CLERK, DISTRICT COURT,
   NORTHERN DISTRICT OF CALIFORNIA
```

Case not closed out, we may need record back if checked here: _____

Note:
THE FOLLOWING ITEMS ARE MISSING AND A SEARCH HAS BEEN PLACED.
ALL MISSING ITEMS WILL BE RETURNED AS SOON AS THEY ARE LOCATED.