FILED

JUL 14 2008

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| STEVE BADUE,<br><br>        Petitioner - Appellant,<br><br> v.<br><br>ATTORNEY GENERAL OF THE STATE OF CALIFORNIA; et al.,<br><br>        Respondents - Appellees. | No. 07-17041<br><br>D.C. No. CV-07-03615-VRW<br>Northern District of California,<br>San Francisco<br><br><br>ORDER |

Before:   LEAVY and THOMAS, Circuit Judges.

The request for a certificate of appealability is denied. *See* 28 U.S.C.

§ 2253(c)(2). All outstanding motions are denied.

TJH/COA