**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

———————

www.cand.uscourts.gov

| | | |
|---|---|---|
| Richard W. Wieking<br>Clerk | | General Court Number<br>415.522.2000 |

July 16, 2008

CASE NUMBER:   **CV 07-03615 VRW**
CASE TITLE:   **STEVE BADUE -v- CALIFORNIA ATTORNEY GENERAL**
DATE MANDATE FILED:   7/15/2008

TO COUNSEL OF RECORD:

    The mandate of the United States Court of Appeals for the Ninth Circuit has been filed in the above captioned case.

    Sincerely,

    RICHARD W. WIEKING, Clerk

    *Gwen S. Agid*

    by:  Gwen Agid
    Case Systems Administrator

Distribution:   CIVIL   -   Counsel of Record

    CRIMINAL   -   Counsel of Record
    U.S. Marshal (Copy of Mandate)
    U.S. Probation Office

NDC App-16